# United States District Court

DISTRICT OF __Columbia__

Charles A. Burke
Plaintiff

V.

Geo Group, Inc.,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 0017

I, __Charles A. Burke Reg No. 14772-016__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __Rivers Correctional Institution 145 Parker Fishery Rd., Winton, NC 27986__

    Yes   Yes

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [X] Yes   [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer __$250 annually__

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes   [X] No
    b. Rent payments, interest or dividends   [ ] Yes   [X] No
    c. Pensions, annuities or life insurance payments   [ ] Yes   [X] No
    d. Disability or workers compensation payments   [ ] Yes   [X] No
    e. Gifts or inheritances   [ ] Yes   [X] No
    f. Any other sources   [ ] Yes   [X] No

    If the answer to any of the above is "Yes" describe the source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED NOV 08 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

AO 240 (Rev. 5/95)

4. Do you have any cash or checking or savings account? ☐ Yes ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other thing of value? ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. None

I declare under penalty of perjury that the above information is true and correct.

9/6/2007                                        Charles Beuke
DATE                                            SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ .04 on account to his/her credit at (name of institution) Rivers Correction Instition. I further certify that the applicant has the following securities to his/her credit: none
_____. I further certify that during the past six months the applicant's average balance was $ 20.00

9/2/07                                          CVann, Counselor
DATE                                            SIGNATURE OF AUTHORIZED OFFICER

```
                       RIVERS CORRECTIONAL INSTITUTION

                              Resident Account Summary
                           Sunday, September 02, 2007 @11:16


 For REG: 14772016     BURKE, CHARLES

    Date    Transaction Description              Amount    Balance    Owed     Held   Reference

 08/24/2007 EPR         OID:100082573-ComisaryPur  -4.02     0.04     0.00     0.00
 08/23/2007 MISC        GOLD STAR IMPORTS          -8.92     4.06     0.00     0.00
 08/21/2007 ERF         OID:100081706-ComisaryRef   8.20    12.98     0.00     0.00
 08/17/2007 EPR         OID:100081706-ComisaryPur -48.25     4.78     0.00     0.00
 08/09/2007 PAYROLL     Pod Oderly AM             52.44    53.03     0.00     0.00
 07/13/2007 EPR         OID:100077391-ComisaryPur -52.84     0.59     0.00     0.00
 07/12/2007 PAYROLL     Pod Oderly AM             48.84    53.43     0.00     0.00
 07/06/2007 PAYROLL                                1.44     4.59     0.00     0.00
 06/08/2007 EPR         OID:100072876-ComisaryPur -44.54     3.15     0.00     0.00
 06/07/2007 PAYROLL                                3.60    47.69     0.00     0.00
 06/06/2007 PAYROLL     Pod Oderly AM             43.60    44.09     0.00     0.00
 06/01/2007 EPR         OID:100071852-ComisaryPur -52.63     0.49     0.00     0.00
 05/29/2007 DEPMO       KIM                       50.00    53.12     0.00     0.00
 05/18/2007 EPR         OID:100070032-ComisaryPur -38.38     3.12     0.00     0.00
 05/11/2007 PAYROLL     Pod Oderly AM             38.80    41.50     0.00     0.00
 05/03/2007 PAYROLL                                2.52     2.70     0.00     0.00
 04/20/2007 EPR         OID:100066867-ComisaryPur  -5.41     0.18     0.00     0.00
 04/19/2007 ERF         OID:100066032-ComisaryRef   5.40     5.59     0.00     0.00
 04/13/2007 EPR         OID:100066032-ComisaryPur -41.77     0.19     0.00     0.00
 04/10/2007 PAYROLL     Pod Oderly AM             39.76    41.96     0.00     0.00
 04/04/2007 PAYROLL                                2.16     2.20     0.00     0.00
 03/30/2007 EPR         OID:100064182-ComisaryPur -46.25     0.04     0.00     0.00
 03/23/2007 PHONE PURCH ITS                      -12.00    46.29     0.00     0.00
 03/23/2007 EPR         OID:100063455-ComisaryPur -41.84    58.29     0.00     0.00
 03/21/2007 DEPMO       K.MCINTYRE               100.00   100.13     0.00     0.00
 03/16/2007 EPR         OID:100062696-ComisaryPur -49.06     0.13     0.00     0.00
 03/12/2007 PAYROLL     Pod Oderly AM             44.20    49.19     0.00     0.00
 03/08/2007 PAYROLL                                3.24     4.99     0.00     0.00
 02/16/2007 EPR         OID:100059330-ComisaryPur -33.53     1.75     0.00     0.00
 02/13/2007 PAYROLL                                4.08    35.28     0.00     0.00
 02/12/2007 PAYROLL     UNIT B-JAN                31.00    31.20     0.00     0.00
 01/26/2007 EPR         OID:100056378-ComisaryPur -18.82     0.20     0.00     0.00
 01/19/2007 EPR         OID:100055589-ComisaryPur -35.52    19.02     0.00     0.00
 01/16/2007 ERF         OID:100054692-ComisaryRef   1.95    54.54     0.00     0.00
 01/12/2007 EPR         OID:100054692-ComisaryPur -41.71    52.59     0.00     0.00
 01/11/2007 DEPMO       K.MCINTYRE                50.00    94.30     0.00     0.00
 01/10/2007 PAYROLL     ADM Orderly               39.76    44.30     0.00     0.00
 01/08/2007 PAYROLL                                3.96     4.54     0.00     0.00
 12/22/2006 EPR         OID:100052401-ComisaryPur  -9.05     0.58     0.00     0.00
 12/21/2006 PHONE PURCH ITS                       -1.00     9.63     0.00     0.00
 12/14/2006 PHONE PURCH ITS                       -2.00    10.63     0.00     0.00
 12/14/2006 EPR         OID:100051465-ComisaryPur -40.15    12.63     0.00     0.00
 12/12/2006 PAYROLL                                3.36    52.78     0.00     0.00
 12/11/2006 PAYROLL     ADM Orderly               48.56    49.42     0.00     0.00
 11/17/2006 PHONE PURCH ITS                       -1.00     0.86     0.00     0.00
 11/17/2006 EPR         OID:100048275-ComisaryPur -32.01     1.86     0.00     0.00
 11/13/2006 PAYROLL                                3.84    33.87     0.00     0.00
 11/09/2006 PAYROLL     ADM Orderly               29.76    30.03     0.00     0.00
 11/03/2006 EPR         OID:100046575-ComisaryPur  -0.35     0.27     0.00     0.00
 10/27/2006 EPR         OID:100046063-ComisaryPur -38.75     0.62     0.00     0.00
 10/20/2006 EPR         OID:100045423-ComisaryPur -28.98    39.37     0.00     0.00
 10/13/2006 EPR         OID:100044605-ComisaryPur -30.67    68.35     0.00     0.00
 10/11/2006 PAYROLL     EDUCATION STUDENTS-SEPT    3.60    99.02     0.00     0.00
 10/06/2006 PHONE PURCH ITS                      -12.00    95.42     0.00     0.00
 10/06/2006 EPR         OID:100043668-ComisaryPur -31.59   107.42     0.00     0.00
 10/04/2006 DEPMO       KIM                      100.00   139.01     0.00     0.00
 10/04/2006 PAYROLL     UNIT B-SEPT               38.80    39.01     0.00     0.00
 09/15/2006 EPR         OID:100041378-ComisaryPur  -5.43     0.21     0.00     0.00
 09/12/2006 PAYROLL     EDUCATION STUDENTS -AUG    5.52     5.64     0.00     0.00
 09/08/2006 EPR         OID:100040530-ComisaryPur -44.55     0.12     0.00     0.00
 09/07/2006 PAYROLL     UNIT B-AUG                44.56    44.67     0.00     0.00
 08/07/2006 EPR         OID:100037316-ComisaryPur  -6.99     0.11     0.00     0.00
 08/04/2006 PAYROLL     UNIT B-JULY                6.72     7.10     0.00     0.00

                                         Page 1
```