FILED

JAN - 2008

NANCY ... CLERK
U.S. ...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles Burke, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 0017 |
| | ) |
| GEO Group, Inc. *et al.*, | ) |
| | ) |
| Defendants. | ) |

## TRANSFER ORDER

This matter is before the Court on plaintiff's complaint, accompanied by an application to proceed *in forma pauperis*. Plaintiff is a District of Columbia prisoner at the Rivers Correctional Institution in Winton, North Carolina. He claims that prison officials are denying him adequate medical care for an injury sustained to his finger during a basketball game in February 2007.

Because the events giving rise to this action occurred in North Carolina, this venue is not proper for litigating plaintiff's claim. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where it could have been properly brought. Accordingly, it is this 27 day of November 2007,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of North Carolina. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Ellen S. Huvelle
United States District Judge

3